**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01690-MSK-MEH

ZACHARY STARKS,

    Plaintiff,

v.

GLOBAL CREDIT COLLECTION CORPORATION, a Delaware corporation,

    Defendant.

---

**ORDER**

---

In light of the Satisfaction of Judgment filed by Plaintiff in this case [docket #32], Defendant's Amended Motion for Release of Writ of Garnishment and to Satisfy Judgment [filed February 23, 2011; docket #30] is **granted in part and denied as moot in part**. The writ of garnishment filed against Equable Ascent Financial, LLC [docket #26] is hereby **released**.

Dated at Denver, Colorado, this 24th day of February, 2011.

                                        BY THE COURT:

                                        *Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge